**Opinion issued February 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00124-CV**

————————————

**IN RE CAREY LYNN JOHNSON, Relator**

———————————————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————————————

**MEMORANDUM OPINION**

Relator, Carey Lynn Johnson, proceeding pro se, filed a petition for writ of mandamus "seek[ing] immediate mandamus relief and a temporary stay to halt enforcement of void trial-court orders entered by a constitutionally disqualified judge" in the underlying trial court cause.[1]  Relator's petition for writ of mandamus

---

[1]   The underlying case is *Jon P. Herrera v. Carey Lynn Johnson*, Cause No. 2018-77006, in the 311th District Court of Harris County, Texas, the Honorable Germaine J. Tanner presiding.

argued that the trial court had committed a clear abuse of discretion by "enforcing orders entered without jurisdiction." Relator therefore requested that this Court "[i]ssue a writ of mandamus directing the trial court to cease enforcement of all orders entered by the constitutionally disqualified judge" and to "[g]rant immediate temporary relief staying all trial-court proceedings" pending this Court's review of the petition for writ of mandamus.

We conclude that relator has failed to establish she is entitled to mandamus relief. The Court denies relator's petition for writ of mandamus. We dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.